**STATE of Missouri, Respondent,**

v.

**Ronald MILLS, Appellant.**

**ED 101662**

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

FILED: October 27, 2015

Emmett D. Queener, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Andrew C. Hooper, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless.

### *ORDER*

PER CURIAM.

Ronald Mills appeals his conviction and sentence for two counts of possession of child pornography. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).